March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

ELENA LOKSHIN    ,
             Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC)(__)

Defendant __ELENA LOKSHIN_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

_X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____*Elena Lokshin* By JPC_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Elena Lokshin_
Print Defendant's Name

_____
Defense Counsel's Signature

**Michael C. Farkas**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**12/21/20**
Date

_____
U.S. District Judge/U.S. Magistrate Judge