March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

Elena Lokshin                 ,
                  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-681 (__)(__)

Defendant __Elena Lokshin__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Elena Lokshin**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Michael Farkas**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
3/8/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge