# MCF

**Michael C. Farkas, Esq., PLLC**

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor
New York, New York 10005

32 Court Street, Suite 408
Brooklyn, New York 11201

July 20, 2021

<u>Via ECF</u>

Hon. John P. Cronan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Lokshin, et. al.</u>
    20 CR 681

Your Honor:

I write to request that the Court permit my client, Elena Lokshin, and I to appear virtually for her appearance currently scheduled for July 26, 2021. In the alternative, I request that the Court permit a virtual appearance on an alternate date.

I will be out of State for a combination of family vacation and college recruiting trips with my daughter until August 16, 2021. As such, I will not be able to personally appear on or about July 26th.

I am available to appear virtually any afternoon during the week of July 26th and will advise as to further availability if the Court wishes.

I have conferred with AUSA Nicholas Chiuchiolo, who advises that the government has no objection to the instant request.

Very truly yours,

*[signature]*

Michael C. Farkas

---

The status conference for Elena Lokshin scheduled for July 26, 2021 at 4:00 p.m. is rescheduled for a remote proceeding on July 26, 2021 at 11:00 a.m. Public dial in: 866-434-5269, access code: 9176261.

The conference scheduled for July 26, 2021 at 4:00 p.m. for Dildora Marupova, Maliha Ijaz and Ramila Sardarova will remain in person.

SO ORDERED.
Date: July 21, 2021
New York, New York

*[signature]*

JOHN P. CRONAN
United States District Judge