Case 1:20-cr-00681-JPC  Document 172  Filed 07/26/21  Page 1 of 1

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

Elena Lokshin     ,
                  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC)

Defendant __Elena Lokshin__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

**X**     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_[signature]_                     _[signature]_
Defendant's Signature              Defense Counsel's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Elena Lokshin                Michael C. Farkas, Esq.
Print Defendant's Name           Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_[signature]_

July 26, 2021                 U.S. District Judge/U.S. Magistrate Judge
Date