

# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408        546 5th Avenue, 6th Floor
Brooklyn, New York 11201         New York, New York 10036

December 12, 2024

<u>Via ECF</u>

Hon. John P. Cronan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>United States v. Lokshin, et. al.</u>
       20 CR 681

Your Honor:

I write to request that the Court issue an Order to the Department of Pre-Trial Services, directing same to release and return the defendant's passport. I have been informed by my client that Pre-Trial Services wishes to return her passport, but requires the requested Order in order to do so even in light of my client's completed sentencing proceeding.

Thank you.

Very truly yours,

Michael C. Farkas

The request is granted.  Pretrial Services shall return Ms. Lokshin's passport to her.
The Clerk of Court is respectfully directed to close Docket Number 596.

SO ORDERED.
Date: December 13, 2024
New York, New York

JOHN P. CRONAN
United States District Judge